COURT OF CRIMINAL APPEALS
CLERK ABEL ACOSTA
P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711-2308

83,198-02
10-21-15

RECEIVED IN
COURT OF CRIMINAL APPEALS

OCT 26 2015

Abel Acosta, Clerk

RE: No. 2010-CR-1086-W1 POST-CONVICTION WRIT OF HABEAS CORPUS 11.07 APPLICATION, ORDER ISSUED TO FORWARD WRIT TO THE COURT OF CRIMINAL APPEALS ON SEPTEMBER 24, 2015 BY JUDGE SID HARLE 226TH DISTRICT COURT, BEXAR COUNTY, TEXAS

DEAR CLERK,

THIS LETTER IS TO REQUEST THE STATUS OF THE ABOVE LISTED CAUSE NUMBER IN REGARDS TO THE FILING OF ONE WRIT APPLICATION 11.07, FILED IN THE DISTRICT COURT 226TH JUDICIAL DISTRICT, BEXAR COUNTY, TEXAS, ON NOVEMBER 14, 2014 FILING DATE.

THE HONORABLE JUDGE SID HARLE OF THE 226TH JUDICIAL DISTRICT COURT MADE HIS FINDINGS AND ISSUED HIS ORDER AS FOLLOWS:

THE DISTRICT CLERK OF BEXAR COUNTY, TEXAS, IS ORDERED TO PREPARE A COPY OF THIS DOCUMENT, TOGETHER WITH ANY ATTACHMENTS AND FOWARD THE SAME TO THE FOLLOWING PERSONS BY MAIL OR THE MOST PRACTICAL MEANS.

A. THE COURT OF CRIMINAL APPEALS AUSTIN, TEXAS 78711
B. NICHOLAS LAHOOD
   CRIMINAL DISTRICT ATTORNEY
   PAUL ELIZONDO TOWER
   BEXAR COUNTY, TEXAS 78205

1

C. Jose Roberto Medina
TDCJ# 1683436
Dalhart Unit
11950 FM. 998
Dalhart, Texas 79022


THIS ORDER WAS SIGNED, ORDERED AND DECREED ON SEPTEMBER 24, 2015 By JUDGE SID HARLE, MR. ROBERTO MEDINA RECEIVED THE COURTS Documents BY PRISON MAIL ON OCTOBER 7, 2015, AS OF THE FILING OF THIS LETTER MR. MEDINA HAS NOT RECEIVED ANY NOTICE FROM THE COURT PUTTING HIM ON NOTICE OF RECEIPT OF HIS POST- CONVICTION WRIT OF HABEAS CORPUS 11.07 APPLICATION, PLEASE INFORM ME OF ANY KNOW- LEDGE OF THIS CAUSE IN THE ABOVE CAUSE No. 2010-CR-1086-W1, YOUR TIME IN THIS MATTER IS GREATLY APPRECIATED, PLEASE STAMP- DATE THIS LETTER AND SEND IT BACK FOR MY FILINGS AT THE ADDRESS SHOWN BELOW.

Jose medina

JOSE ROBERTO MEDINA
TDCJ# 1683436
DALHART UNIT
11950 FM. 998
DALHART, TEXAS 79022

C/C
   JRM